# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**DIGITALDESK, INC. and**
**R. GREG GOMM,**

    *Plaintiffs*,

v.                                                                           Case No. 5:23-CV-0886-JKP-RBF

**BEXAR COUNTY, TEXAS, and**
**LIFTFUND INC.,**

    *Defendants*.

## FINAL JUDGMENT

    The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action without prejudice for lack of subject matter jurisdiction.

    **IT IS SO ORDERED this 23rd day of May 2024.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**